**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
Caption in Compliancer with D.N.J. LBR 9004-2(c)

Denise Carlon, Esquire
KML Law Group, P.C.
216 Haddon Avenue, Suite 406
Westmont, NJ 08108
(609) 250-0700
dcarlon@kmllawgroup.com
Attorney for M&T Bank

In Re:
William H. Taylor aka William H Taylor, Jr. aka William Henry Taylor aka WILLIAM TAYLOR
and Alisha M. Taylor aka ALISHA TAYLOR
                                                    Debtors



Order Filed on December 8, 2017 by Clerk U.S. Bankruptcy Court District of New Jersey

Case No.: 16-31143-JNP

Judge: Jerrold N. Poslusny Jr.

Chapter: 13

# ORDER RESPECTING REQUEST FOR EXTENSION
# OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED.**

**DATED: December 8, 2017**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on November 22, 2016:

Property: 2508 Lakeside Drive, Williamstown, NJ 08094

Creditor: M&T Bank

and a Request for

☐ Extension of the 90 day Loss Mitigation Period having been filed by_____.

☒ Termination of the Loss Mitigation Period having been filed by M&T Bank, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including_____.

The Loss Mitigation Period is terminated, effective December 4, 2017.

United States Bankruptcy Court
District of New Jersey

In re:  
William H. Taylor  
Alisha M. Taylor  
    Debtors

Case No. 16-31143-JNP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: Dec 08, 2017  
                           Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 10, 2017.  
db/jdb         William H. Taylor,    Alisha M. Taylor,    2508 Lakeside Dr,    Williamstown, NJ   08094-4455

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                 TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                        TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 10, 2017                                  Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 8, 2017 at the address(es) listed below:
         Charles A. Fiore     on behalf of Creditor    Monroe Township Tax Collector cfiore6@verizon.net, catanialaw@verizon.net;mvanhoutenlaw@gmail.com  
         Denise E. Carlon     on behalf of Creditor    M&T BANK dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Isabel C. Balboa     on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
         Isabel C. Balboa     ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
         John L. Laskey     on behalf of Creditor    Steward Financial Services jlaskey@stark-stark.com, jgould@stark-stark.com  
         Rebecca Ann Solarz     on behalf of Creditor    M&T BANK rsolarz@kmllawgroup.com  
         Ronald E. Norman     on behalf of Debtor William H. Taylor ronaldenorman@comcast.net, dgordon@rnormanlaw.com;rnorman@rnormanlaw.com;g14985@notify.cincompass.com  
         Ronald E. Norman     on behalf of Joint Debtor Alisha M. Taylor ronaldenorman@comcast.net, dgordon@rnormanlaw.com;rnorman@rnormanlaw.com;g14985@notify.cincompass.com  
                                                                                                        TOTAL: 8